■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAFAEL ORTIZ, Appellant.—Judgment, Supreme Court, New York County (Clifford Scott, J.), rendered on January 10, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Sullivan, Ross, Kassal and Rosenberger, JJ.

■ In the Matter of THEODORE R. GIUTTARI, Petitioner, v DEPARTMENT OF STATE OF NEW YORK, Respondent.—Determination of respondent dated September 14, 1987 unanimously confirmed, without costs and without disbursements. Motion to supplement the record is granted, and the motion to restrain respondent is denied as moot. No opinion. Concur—Carro, J. P., Asch, Milonas and Wallach, JJ.

■ NANCY FRIEDMAN, Appellant, v FLEET SERVICES, INC., Respondent.—Order, Supreme Court, New York County (Andrew Tyler, J.), entered on June 8, 1988, unanimously affirmed. Respondent shall recover of appellant $50 costs and disbursements of this appeal. It is further unanimously ordered that respondent's motion for leave to file a surreply brief is denied. No opinion. Concur—Kupferman, J. P., Sullivan, Kassal, Ellerin and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VINCENT WARD, Appellant.—Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered on June 21, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Sullivan, Kassal, Ellerin and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN ALMESTICA, Appellant.—Judgment, Supreme Court, New York County (George Roberts, J.), rendered on or about January 29, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v*